Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, WA 98104
Tel. (206) 274-2800; Fax (206) 274-2801

*Attorneys for Plaintiff Essociate, Inc.*

Mark B. Mizrahi, State Bar No. 179384
mmizrahi@brookskushman.com
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA  90045
Tel. (310) 348-8200; Fax (310) 846-4799

Thomas A. Lewry (Admitted *Pro Hac Vice*)
tlewry@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI  48085
Tel. (248) 358-4400; Fax (248) 358-3351

*Attorneys for Defendant CX Digital Media, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLICKXCHANGE CORPORATION, et al.;<br><br>Defendants. | Case No. SACV09-536-JVS(MLGx)<br><br>Honorable James V. Selna<br>Courtroom 10C<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>([Proposed] Order filed Concurrently Herewith)<br><br>Assigned to Hon. James V. Selna<br>Courtroom C<br>TRIAL DATE:  March 22, 2011 |

1      Pursuant to Fed. R. Civ. P. 41(a) and (c), Plaintiff Essociate, Inc.
2 ("Essociate") and Defendant CX Digital Media Inc. ("CX Digital") jointly move
3 this Court to dismiss, in their entirety and with prejudice, Essociate's claims
4 against CX Digital, and CX Digital's counterclaims against Essociate, with each
5 party to bear its own costs, expenses, and attorney fees.

6      A proposed Order accompanies this Motion.

7 Dated:  February 4, 2010.     NEWMAN & NEWMAN, LLP

8      /s/     Derek Linke
9      Derek A. Newman, State Bar No. 190467
     derek@newmanlaw.com
10      John Du Wors, State Bar No. 233913
11      john@newmanlaw.com
     Derek Linke (pro hac vice)
12      linke@newmanlaw.com
13      Newman & Newman, Attorneys at Law, LLP
     505 Fifth Avenue South, Suite 610
14      Seattle, WA 98104
15      Tel. (206) 274-2800; Fax (206) 274-2801

16
     *Attorneys for Plaintiff/Counter-Defendant*
17      *Essociate, Inc.*

18

19 Dated: February 4, 2010.     BROOKS KUSHMAN P.C.

20      /s/ Thomas A. Lewry
21      Thomas A. Lewry (Admitted *Pro Hac Vice*)
     tlewry@brookskushman.com
22      John S. LeRoy (Admitted *Pro Hac Vice*)
23      jleroy@brookskushman.com
     David Bir (Admitted *Pro Hac Vice*)
24      dbir@brookskushman.com
25      BROOKS KUSHMAN P.C.
     1000 Town Center, Twenty-Second Floor
26      Southfield, MI  48085
27      Tel. (248) 358-4400; Fax (248) 358-3351

28      Mark Mizrahi (CA State Bar No. 179384)

1 | **BROOKS KUSHMAN P.C.**
2 | 6701 Center Drive West, Suite 610
3 | Los Angeles, CA 90045
4 | Phone: (310) 348-8200
  | Facsimile: (310) 846-4799
5 |
6 | *Attorneys for Defendant/Counterclaimaint*
  | *CX Digital Media, Inc.*