Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Avenue South, Suite 610
Seattle, WA 98104
Tel. (206) 274-2800; Fax (206) 274-2801

JS-6

*Attorneys for Plaintiff Essociate, Inc.*

Mark B. Mizrahi, State Bar No. 179384
mmizrahi@brookskushman.com
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA  90045
Tel. (310) 348-8200; Fax (310) 846-4799

Thomas A. Lewry (Admitted *Pro Hac Vice*)
tlewry@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI  48085
Tel. (248) 358-4400; Fax (248) 358-3351

*Attorneys for Defendant CX Digital Media, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation, | Case No. SACV09 -536 JVS (MLGx) |
| Plaintiff, | Honorable James V. Selna Courtroom 10C |
| v. | |
| CLICKXCHANGE CORPORATION, et al.; | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Assigned to Hon. James V. Selna |
| | Courtroom C |
| | TRIAL DATE:  March 22, 2011 |

1

1    Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff

2  Essoicate, Inc.'s claims against Defendant CX Digital Media Inc., and Defendant

3  CX Digital Media Inc.'s counterclaims against Plaintiff Essoicate, Inc.  The Court

4  being of the opinion that said motion should be GRANTED, it is hereby:

5    ORDERED, ADJUDGED AND DECREED that all claims and

6  counterclaims asserted in the above-captioned action by and between Essoicate,

7  Inc. and CX Digital Media Inc. are hereby dismissed with prejudice.

8    It is furthered ORDERED that all costs, expenses and attorney fees are to be

9  borne by the party that incurred them.

10

11 Dated:  February 04, 2010         .
                                    _____
12                                   The Honorable James V. Selna
                                     U.S. District Court Judge
13

14
   Presented By:
15

16 By:    /s/    Derek Linke
   _____
17         Derek A. Newman, State Bar No. 190467
           John Du Wors, State Bar No. 233913
18         Derek Linke (*pro hac vice*)
           **NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**
19         505 Fifth Avenue South, Suite 610
           Seattle, WA 98104
20         Phone: (206) 274-2800
           Facsimile: (206) 274-2801
21         *Attorneys for Plaintiff/Counterclaim Defendant*
22         *Essoicate, Inc.*

23 By:    /s/ Thomas A. Lewry
   _____
24         Thomas A. Lewry (Admitted *Pro Hac Vice*)
           tlewry@brookskushman.com
25         John S. LeRoy (Admitted *Pro Hac Vice*)
           jleroy@brookskushman.com
26         David S. Bir (Admitted *Pro Hac Vice*)
           dbir@brookskushman.com
27         **BROOKS KUSHMAN P.C.**
28
                                    2

1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48085
Tel. (248) 358-4400; Fax (248) 358-3351

Mark Mizrahi (CA State Bar No. 179384)
**BROOKS KUSHMAN P.C.**
6701 Center Drive West, Suite 610
Los Angeles, CA 90045
Phone: (310) 348-8200
Facsimile: (310) 846-4799

*Attorneys for Defendant/Counterclaimaint*
*CX Digital Media, Inc.*

[PROPOSED] ORDER GRANTING LEAVE JOINT MOTION FOR DISMISSAL WITH PREJUDICE